**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 10 2011

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO.: 3:11-CR-250-M (07) |
| | ) | |
| WILLIAM LLOYD GRIFFITH | ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

WILLIAM LLOYD GRIFFITH, by consent, under authority of United States v. Dees, 125

F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered

a plea of guilty to Count(s) 1 of the Indictment. After cautioning and examining WILLIAM

LLOYD GRIFFITH under oath concerning each of the subjects mentioned in Rule 11, I determined

that the guilty plea was knowledgeable and voluntary and that the offense(s) charged is supported

by an independent basis in fact containing each of the essential elements of such offense. I therefore

recommend that the plea of guilty, and the plea agreement, be accepted, and that WILLIAM LLOYD

GRIFFITH be adjudged guilty and have sentence imposed accordingly.

Date:   November 10, 2011

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).